KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
Velma K. Lim (SBN 111006)
vlim@kroloff.com
Jamie M. Bossuat (SBN 267458)
jbossuat@kroloff.com
7540 Shoreline Drive
Stockton, CA 95219
Telephone:  (209) 478-2000
Facsimile:   (209) 478-0354

Attorneys for Defendants
MICHAEL D. SCOTT AND
HOSE CONNECTION & RUBBER
SUPPLY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>       Plaintiff,<br><br>vs.<br><br>MICHAEL D. SCOTT; HOSE CONNECTION & RUBBER  SUPPLY, INC., a California Corporation; and DOES 1-10,<br><br>       Defendants. | Case No. 2:14-CV-02850-TLN-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING** |

IT IS HEREBY STIPULATED AND AGREED between plaintiff Scott Johnson and defendants Michael D. Scott and Hose Connection & Rubber Supply, Inc., through their respective attorneys that the deadline for defendants Michael D. Scott and Hose Connection & Rubber Supply, Inc. to file a responsive pleading shall be extended by thirty (30) days to January 28, 2015.  The time extension provides the parties an opportunity to address potential resolution of this matter.

Dated:  December 30, 2014          CENTER FOR DISABILITY ACCESS

                                          //s// *Mark Potter*

                                          MARK POTTER
                                          Attorneys for Plaintiff
                                          SCOTT JOHNSON

1 | Dated: December 29, 2014

KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON

//s// *Velma K. Lim*

VELMA K. LIM
Attorneys for Defendants
MICHAEL D. SCOTT AND HOSE CONNECTION
& RUBBER SUPPLY, INC.

### ORDER

Upon consideration of the foregoing stipulation between the parties, and good cause appearing, IT IS SO ORDERED.

Dated: January 6, 2015

Troy L. Nunley
United States District Judge